COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (SBN 200865)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant
ATKINSON STAFFING, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., a Michigan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATKINSON STAFFING, INC., an Oregon Corporation, and MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, an Arizona Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:19-cv-01560-LJO-JLT<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ATKINSON STAFFING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br>(Doc. 13) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant Atkinson Staffing, Inc. ("Atkinson") may have additional time within which to answer or otherwise respond to plaintiff's complaint. Therefore, the last day for Atkinson to answer or otherwise respond to plaintiff's complaint is extended by 15 days, from Monday, December 23, 2019 to and including Tuesday, January 7, 2020.

Good cause exists for this extension as defense counsel for Atkinson has just been retained and requires time to become knowledgeable about the case to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Atkinson hereby attests that (1) the content of this document is acceptable to all

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1289424.1     Case No. 1:19-cv-01560-LJO-JLT
STIPULATION TO EXTEND TIME FOR DEFENDANT ATKINSON STAFFING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

DATED: December 23, 2019  COOPER, WHITE & COOPER LLP

By: */s/ Edward L. Seidel*
Edward L. Seidel
Attorneys for Defendant
Atkinson Staffing, Inc.

DATED: December 23, 2019

By: */s/ Dennis P. Gallagher*
Dennis P. Gallagher
Attorneys for Plaintiff
Wm. Bolthouse Farms, Inc.

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1289424.1   2   Case No. 1:19-cv-01560-LJO-JLT
STIPULATION TO EXTEND TIME FOR DEFENDANT ATKINSON STAFFING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant Atkinson Staffing, Inc. shall answer or otherwise respond to Plaintiff's complaint on or before Tuesday, January 7, 2020.

IT IS SO ORDERED.

Dated: **December 27, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1289424.1     3     Case No. 1:19-cv-01560-LJO-JLT
STIPULATION TO EXTEND TIME FOR DEFENDANT ATKINSON STAFFING, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER