Andrew B. Downs, SBN 111435
E-mail:andy.downs@bullivant.com
Sarah Bowen, SBN 308633
E-mail:sarah.bowen@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:    415.352.2701

Attorneys for Defendant Mesa Underwriters
Specialty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATKINSON STAFFING, INC.; MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, *et al.*, <br><br> Defendants. <br><br> AND RELATED CROSSCLAIM. | No. 1:19-cv-01560-LJO-JLT <br><br> **STIPULATION FOR FRE 502 CLAWBACK ORDER; FRE 502 CLAWBACK ORDER** |

Plaintiff Wm. Bolthouse Farms, Inc. and defendants Atkinson Staffing, Inc. and Mesa Underwriters Specialty Insurance Co. stipulate and request pursuant to Federal Rule of Evidence 502 that the Court enter the proposed order appearing below. This request is made to protect against inadvertent waiver of applicable privileges as authorized by Rule 502, and in particular, subsection (d) of that rule.

DATED: January 23, 2020

BULLIVANT HOUSER BAILEY PC


By  /s/ Andrew B. Downs
    Andrew B. Downs
    Sarah Bowen

Attorneys for Defendant Mesa Underwriters Specialty Insurance Company

DATED: January 24, 2020

WM. BOLTHOUSE FARMS, INC.


By  /s/ Dennis P. Gallagher (ABD auth 1/21/20)
    Dennis P. Gallagher

Attorneys for Plaintiff Wm. Bolthouse Farms, Inc.

DATED: January 24, 2020

COOPER, WHITE & COOPER LLP


By  /s/ Edward L. Seidel* (ABD auth 1/23/20)
    Edward L. Seidel

Attorneys for Defendant Atkinson Staffing, Inc.

## **ORDER**

Based upon the parties' stipulation and consistent with Fed. Rules Evid. 502(d), the Court **ORDERS**:

1. The stipulation is **GRANTED**, and any applicable privilege or protection is not waived by inadvertent disclosure connected with the litigation pending before the court and the disclosure is also not a waiver in any other federal or state proceeding.

IT IS SO ORDERED.

Dated: **January 24, 2020**      **/s/ Jennifer L. Thurston**
    UNITED STATES MAGISTRATE JUDGE