Andrew B. Downs, SBN 111435
E-mail:andy.downs@bullivant.com
Sarah Bowen, SBN 308633
E-mail:sarah.bowen@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:     415.352.2701

Attorneys for Defendant Mesa Underwriters
Specialty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., | No. 1:19-cv-01560-NONE-JLT |
| Plaintiff, | **FIRST STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES** |
| vs. | |
| ATKINSON STAFFING, INC.; MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, *et al.* , | |
| Defendants. | |

Plaintiff Wm. Bolthouse Farms, Inc. and defendants Atkinson Staffing, Inc. and Mesa

Underwriters Specialty Insurance Company stipulate as follows:

That the deadline for initial disclosures pursuant to Rule 26, F.R.Civ.P. be continued

from February 28, 2020 to March 13, 2020.  No prior extensions have been requested or

granted.

The basis for this stipulation is detailed in the accompanying Declaration of Andrew B.

Downs.

FIRST STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES: NO. 1:19-CV-01560-NONE-JLT

DATED: February 24, 2020

BULLIVANT HOUSER BAILEY PC


By  /s/ Andrew B. Downs
    Andrew B. Downs
    Sarah Bowen

Attorneys for Defendant Mesa Underwriters
Specialty Insurance Company

DATED: February 24, 2020

WM. BOLTHOUSE FARMS, INC.


By  /s/ Dennis P. Gallagher (by e-mail auth. ABD)
    Dennis P. Gallagher

Attorneys for Plaintiff Wm. Bolthouse Farms, Inc.

DATED: February 24, 2020

COOPER, WHITE & COOPER LLP


By  /s/ Edward L. Seidel (by e-mail auth. ABD)
    Edward L. Seidel

Attorneys for Defendant Atkinson Staffing, Inc.

## ORDER

Good cause appearing,

IT IS SO ORDERED.

DATED: _____

_____
United States Magistrate Judge

4820-1039-5573.1

– 2 –