Andrew B. Downs, SBN 111435
E-mail:andy.downs@bullivant.com
Sarah Bowen, SBN 308633
E-mail:sarah.bowen@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:     415.352.2701

Attorneys for Defendant Mesa Underwriters
Specialty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATKINSON STAFFING, INC.; MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, *et al.* , <br><br> Defendants. | No. 1:19-cv-01560-NONE-JLT <br><br> **DECLARATION OF ANDREW B. DOWNS IN SUPPORT OF FIRST REQUEST TO EXTEND DEADLINE FOR RULE 26 INITIAL DISCLOSURES** |

I, Andrew B. Downs, declare:

1. I am an attorney admitted to practice in this court, and am a shareholder in the firm of Bullivant Houser Bailey PC, the attorneys for defendant Mesa Underwriters Specialty Insurance Company ("MUSIC"). I am the attorney primarily responsible for the representation of Mesa and as shown below have personal knowledge of the facts contained in this declaration. I could so testify.

2. MUSIC is the party requesting additional time to make the initial disclosures. The reason for that request is I do not yet have a full set of MUSIC's documents. As is the case with most of my insurer clients these days, MUSIC attempted to send the documents to me via a File Transfer Protocol service (similar to Dropbox, but not that company).  Unfortunately,

through a combination of errors, the links I received did not work and then my registration for the particular FTP service terminated due to password errors. My log in has since been restored and I'm now awaiting my client contact (who has been away) having an opportunity to retransmit those documents to me.

      3.     While I could do an incomplete set of disclosures this week, I'd prefer to do my initial disclosures right the first time, hence this request for an extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2020 at San Francisco, California.


     */s/ Andrew B. Downs*
     Andrew B. Downs

4843-1523-1157.1