UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., <br><br>　　　　　Plaintiff, <br><br>　　vs. <br><br>ATKINSON STAFFING, INC.; MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, *et al.* , <br><br>　　　　　Defendants. | No. 1:19-cv-01560-NONE-JLT <br><br>**(PROPOSED) ORDER AUTHORIZING REMOTE PARTICIPATION IN SETTLEMENT CONFERENCE** <br>(Doc. 31) |

Defendants Atkinson Staffing, Inc. and Mesa Underwriters Specialty Insurance Company have applied for an order authorizing their client representatives to be available by telephone or video during the May 15, 2020 Settlement Conference. Bolthouse Farms, Inc. does not oppose this motion.

Indeed, the Court will evaluate whether the settlement conference will go forward once it receives the settlement conference statements.  If it goes forward, it will be via video or telephone conference anyway.  Thus, the Court ORDERS

1.　　The client representatives of defendants Atkinson Staffing, Inc. and Mesa Underwriters Specialty Insurance Company are excused from personal appearance at the May 15, 2020 Settlement Conference provided they participate by telephone or video for the duration

of the Settlement Conference regardless of the local time at their locations.

IT IS SO ORDERED.

Dated: __**April 30, 2020**__                             _____**/s/ Jennifer L. Thurston**_
                                                                            UNITED STATES MAGISTRATE JUDGE