# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOLTHOUSE FARMS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ATKINSON STAFFING, INC., et al., <br><br>  Defendants. | Case No.: 1:19-CV-01560-NONE-JLT <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE <br><br> ORDER CLOSING THE ACTION AS TO ATKINSON STAFFING, INC. ONLY <br> (Doc. 36) |

Bolthouse Farms, Inc. has agreed to dismiss this case with prejudice against Atkinson Staffing. Inc. In exchange, Atkinson assigned claims against defendant, Mesa Underwriters Specialty Insurance Company to Bolthouse. Because all parties who have appeared in the action signed the stipulation dismissing the action with prejudice against Atkinson, the Federal Rules of Civil Procedure Rule 41 makes it effective immediately without further order of the Court. Accordingly, the Clerk of Court is DIRECTED to assign this case to a district judge for the purpose of closing this case and to close this action as to Atkinson Staffing. Inc

IT IS SO ORDERED.

Dated:  **May 16, 2020**          **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE