Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
Sarah Bowen, SBN 308633
E-mail: sarah.bowen@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Mesa Underwriters
Specialty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ATKINSON STAFFING, INC.; MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, *et al.* ,<br><br>Defendants. | No. 1:19-cv-01560-NONE-JLT<br><br>**STIPULATION AND ORDER RESETTING DATES**<br><br>Current Pretrial Conf.: May 18, 2021<br>Current Trial: July 13, 2021 |

Plaintiff Wm. Bolthouse Farms, Inc. and defendant Mesa Underwriters Specialty Insurance Company represent, stipulate and request as follows:

1. This matter is currently set for a Pretrial Conference on May 18, 2021, with pretrial filings due beginning May 4, 2021 pursuant to Local Rule 281.

2. This matter is set for a jury trial commencing July 13, 2021. The parties recognize that based upon the Court's Amended Standing Order, the trial is extremely unlikely to commence at that time.

3. The Court has had under submission since October 12, 2020 a motion for judgment on the pleadings filed by defendant Mesa Underwriters. The future ruling on that

motion, if not dispositive of this case, is likely to affect the content of both parties' pretrial submissions and the course of trial.

4. The parties request the current Pretrial Conference and Trial Dates be vacated and that the Court reset the Pretrial Conference to a date appropriate for the Court's calendar. Lead Counsel have attached their calendars showing when they are unavailable between September 2021 and June 2022.

DATED: April 26, 2021

                    BULLIVANT HOUSER BAILEY PC

                    By */s/ Andrew B. Downs*
                         Andrew B. Downs
                         Sarah Bowen

                    Attorneys for Defendant Mesa Underwriters Specialty Insurance Company

DATED: April 28, 2021

                    SWANSON O'DELL, A.P.C.

                    By [*see following page*]
                         Seth N. O'Dell
                         Victoria L. Harp

                    Attorneys for Plaintiff Wm. Bolthouse Farms, Inc.

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that the May 18, 2021 and July 13, 2021 Pretrial Conference and Trial Dates are VACATED.

Upon resolution of the pending motion, the court will set this matter for a telephonic scheduling conference to reset the pretrial and trial dates.

IT IS SO ORDERED.

Dated: **April 28, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE