UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MESA UNDERWRITERS SPECIALTYINSURANCE COMPANY, <br><br> Defendant. | No. 1:19-cv-01560-NONE-JLT <br><br> ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE CLOSED FOR FAILURE TO PROSECUTE <br><br> FIVE DAY DEADLINE |

On September 1, 2021, the court dismissed the complaint filed by plaintiff Wm. Bolthouse Farms, Inc., for lack of subject-matter jurisdiction. (Doc. No. 50.) The court granted plaintiff leave to file a first amended complaint within fourteen days. (*Id.* at 3.) The fourteen-day deadline has expired, and plaintiff has not filed an amended complaint.

Accordingly, within five days of the date of this order, plaintiff shall, in writing, show cause why this action should not be dismissed and/or closed for failure to prosecute.

IT IS SO ORDERED.

Dated: **September 23, 2021**

UNITED STATES DISTRICT JUDGE

1