# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WM. BOLTHOUSE FARMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 1:19-cv-01560-JLT-BAK<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 59) |

　　　The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 59 at 1) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than February 28, 2022**; and

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:　**January 11, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE